No. 99–7990. CHAMPION v. RIVERS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–7991. THOMAS-EL v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–7992. SKETOE v. EXXON CO., USA, ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–7993. ROBINSON v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 99–7994. WOODBERRY v. DAY, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 99–8004. FOSTER v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 99–8015. BELL v. NERO ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–8018. SANCHEZ v. AYERS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 99–8028. CASTRO v. CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 99–8029. KIPKIRWA v. SANTA CLARA COUNTY, CALIFORNIA, ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 99–8030. MEEKS v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 99–8031. KNIGHT v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 99–8035. COBBIN v. SUTHERS, EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS, ET AL. C. A. 10th Cir. Certiorari denied.

No. 99–8036. COLEMAN v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–8039. BOLLING v. CIRCUIT COURT OF VIRGINIA, CITY OF RICHMOND. Sup. Ct. Va. Certiorari denied.